AO 240 (Rev. 1/94)

# United States District Court

_____ DISTRICT OF _____

DARYL C. JANES
50 J.F.K. STREET
CAMBRIDGE, MA. 02138
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
BOSTON, MA.
Defendant

CASE NUMBER: **05-11647MLW**

I, DARYL C. JANES declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☐ Yes  ☑ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? \_\_\_\_\_   Do you receive any payment from the institution? \_\_\_\_\_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes  ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   CAMBRIDGE CENTER FOR ADULT EDUCATION
   BRATTLE STREET
   CAMBRIDGE, MA.  ABOUT 1995 : $50.00/WK.
   (FIFTY DOLLARS A WEEK)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☐
   b. Rent payments, interest or dividends            Yes ☐   No ☐
   c. Pensions, annuities or life insurance payments  Yes ☑   No ☐
   d. Disability or workers compensation payments     Yes ☑   No ☐
   e. Gifts or inheritances                           Yes ☑   No ☐
   f. Any other sources                               Yes ☐   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. I AM RECEIVING A NON SERVICE CONNECTED PENSION FROM THE V.A. OF $646.00/MO. PLUS $200.00 A MONTH FROM MY FATHER'S ESTATE. MY BROTHER VOLUNTARILY GIVES ME MONEY AS HE SEES FIT TO SUPPLEMENT MY INCOME.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No
If "yes" state the total amount.  $2175.09 checking. Gift money from my brother; spare change.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No
If "yes" describe the property and state its value.

∅

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

∅

I declare under penalty of perjury that the above information is true and correct.

8-3-05
DATE

[signature]
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

**A ledger sheet showing the past six months' transactions:**
☐  is attached          ☐  is not available at this institution

_____                    _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER