```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

DARYL C. JANES,                    )
          Plaintiff,               )
                                   )
     v.                            )     C.A. No. 05-11647-MLW
                                   )
BOSTON FEDERAL DISTRICT COURT,     )
          Defendant.               )
```

ORDER OF DISMISSAL

In accordance with this Court's MEMORANDUM AND ORDER dated November 18, 2005, it is ORDERED that the within action be and it is hereby DISMISSED.

```
                              SARAH A. THORNTON,
                              CLERK OF COURT


Date: 11/22/05                By /s/ Dennis O'Leary
                                   Deputy Clerk
```